UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

FEB - 1 2006

Michael N. Milby, Clerk of Court

| | |
|---|---|
| ROSA ELENA ROCHA, KARLA VASQUEZ, OLGA GALVAN, BLANCA ROCHA, and DANA MARTINEZ, Individually and on Behalf of All Others Similarly Situated, § § § § § § Plaintiffs, § § v. § § O'CONNOR PACKAGING & DISTRIBUTION, INC., § § § Defendant. § | CIVIL ACTION NO. 4:05-cv-02774 |

## **ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL**

On this day, the Plaintiffs' Motion to Compel filed against O'Connor Packaging & Distribution, Inc., was considered by the Court. After considering the evidence and reviewing the arguments of counsel, it appears to the Court that the Motion should be granted.

**IT IS ORDERED** that O'Connor Packaging & Distribution, Inc. has waived all of its objections to Plaintiffs' written discovery;

**IT IS FURTHER ORDERED**, that O'Connor Packaging & Distribution, Inc. has admitted all facts stated in Plaintiffs' Requests for Admission for failing to respond to save timely;

**IT IS FURTHER ORDERED** that O'Connor Packaging & Distribution, Inc. shall produce within 48 hours of the signing of this Order all documents requested in Plaintiffs' First Request for Production and fully answer all Interrogatories in Plaintiffs First Set of Interrogatories;

**IT IS FURTHER ORDERED** that O'Connor Packaging & Distribution, Inc. shall provide

dates to depose Daniel Mendez and Brenda Poncoit so that the depositions can take place on or before February 15, 2006. The dates shall be provided within three days of the signing of this order;

**IT IS FURTHER ORDERED**, that O'Connor Packaging & Distribution, Inc., pay to Rosa Elena Rocha, Karla Vazquez, Olga Galvan, Blanca Rocha and Dana Martinez attorney's fees and expenses incurred in connection with this Motion to Compel in the amount of ~~$2,000~~ $500.00.

SIGNED on February 1, 2006.

_____
JUDGE PRESIDING